# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| PATRICA LAWSON *individually and* | § | |
| *a/n/f* of BRYAN LAWSON | § | |
| | § | |
| v. | § | Case No. 6:13-cv-33 |
| | § | |
| WAL-MART STORES, INC. | § | |
| | § | |

## FINAL JUDGEMENT

In accordance with the Court's Order dismissing all claims asserted between Plaintiffs

Defendant, it is hereby **ORDERED, ADJUDGED, and DECREED** that a final judgment be

entered in the case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 31st day of January, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE